1  LAW OFFICES OF JOSEPH SHEMARIA
2  JOSEPH SHEMARIA, Esq.
   1801 Century Park East, Suite 2400
3  Los Angeles, California 90067
4  Telephone: (310) 278-2660
   Email:lalawyr1@gmail.com
5  Attorney for Defendant,
   BEHROOZ BADIE
6



7
8                UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  CASE NO. 2:08-CR-0474-EJG
12                                   )
              Plaintiff,             )  [~~PROPOSED~~] ORDER RELIEVING
13                                   )  COUNSEL
                                     )
14       vs.                         )
                                     )
15  BEHROOZ BADIE, et al.            )
                                     )
16            Defendants.            )
17  _____  )

18       **GOOD CAUSE APPEARING THEREFOR,**
19
     The MOTION FOR RECONSIDERATION OF DEFENDANT'S EX PARTE
20
   APPLICATION FOR ORDER ALLOWING COUNSEL TO WITHDRAW IS HERBY GRANTED.
21
22       IT IS HEREBY ORDERED that defense counsel, JOSEPH SHEMARIA, is
23  hereby relieved from the representation of defendant BEHROOZ BADIE.
24
25       **IT IS SO ORDERED.**
26
27
28

---

United States of America v. Behrooz Badie
[Proposed] Order Relieving Counsel
Case No. 2:08-CR-0474-EJG

Dated: December 16, 2011.

_____
HON. EDWARD J GARCIA, JUDGE
UNITED STATES DISTRICT COURT

United States of America v. Behrooz Badie
[Proposed] Order Relieving Counsel
Case No. 2:09-CR-0474-EJG