**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone: 530.759.0700**
  **Facsimile:  530.759.0800**

**Attorney for Defendant**
BEHROOZ BADIE



FILED

JUL 2 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                  DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

c/1376

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR-S 08-0474 EJG |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE SENTENCING** |
| vs. | |
| BEHROOZ BADIE, | *As modified on p. 2* |
| Defendant. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Todd Leras, Assistant United States Attorney, and Defendant, BEHROOZ BADIE, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for August 24, 2012 at 9:00 a.m., be rescheduled to September 21, 2012, at 9:00 a.m.

The Presentence Report has been provided to counsel. Pursuant to this stipulation, the Defendant's informal Objections shall be filed with the probation officer on August 24, 2012, the Presentence Report shall be filed with the Court on August 31, 2012, Motion to

/ / / / /

Correct the Presentence Report shall be due on September 7, 2012, and Opposition/Reply to said motion shall be due on September 14, 2012.

The parties are requesting this continuance because counsel needs additional time to review the PSR with Mr. Badie. Additionally, counsel believes Mr. Badie's sentencing could be affected by the loss amount and needs additional time to research the loss.

Dated: July 24, 2012         Respectfully submitted,

WISEMAN LAW GROUP, P.C.

By:    /s/ Joseph J. Wiseman

JOSEPH J. WISEMAN
Attorney for Defendant
Behrooz Badie

Dated: July 24, 2012         BENJAMIN B. WAGNER
United States Attorney

By: /s/ Todd Leras
TODD LERAS
Assistant U.S. Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of Defendant BEHROOZ BADIE in the above-captioned case shall be continued to September 21, 2012 at 9:00 a.m. [10:00AM] The Defendant's informal Objections shall be filed with the probation officer on August 24, 2012, the Presentence Report shall be filed with the Court on August 31, 2012, Motion to Correct the Presentence Report shall be due on September 7, 2012, and Opposition/Reply to said motion shall be due on September 14, 2012. Any sentencing memoranda are due on September 18, 2012. *Hearing of defendants motion for new trial reset to 9/21/12, 10 AM*

Dated: 7/24 , 2012

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE