UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**
*as modified*
*pg. 2.*

FILED
SEP 6 ~~2011~~ 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                       RE:   **Behrooz BADIE**
                               **Docket Number:   2:08CR00474-03**
                               **CONTINUANCE OF JUDGMENT**
                               **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 09/21/2012 to 10/05/2012 at 10AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The probation officer was out of the office at training for several days and was unable to respond to the informal objections.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                   Respectfully submitted,

                                   /s/ Linda Alger
                                   **LINDA L. ALGER**
                                   Senior United States Probation Officer

**REVIEWED BY:**    _____
                                   **HUGO ORTIZ**
                                   **Supervising United States Probation Officer**

Dated:      September 5, 2012
              Sacramento, California
              LLA

**RE:   Behrooz BADIE**
   **Docket Number:   2:08CR00474-03**
   **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc:   Clerk, United States District Court
   United States Attorney's Office
   United States Marshal's Office
   Federal Defender (If defense counsel is court-appointed)
   Probation Office Calendar clerk

*The motion for new trial is also reset to 10/5/12*

✓ **Approved**      _____   9/5/12
              **EDWARD J. GARCIA**
              **Senior United States District Judge**      **Date**

___ **Disapproved**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:08CR00474-03 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Behrooz BADIE | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/05/2012 @10am |
| Reply, or Statement of Non-Opposition: | 09/28/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/21/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/14/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | Completed |
| The proposed Presentence Report shall be disclosed to counsel no later than: | Completed |