**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone: 530.759.0700
   Facsimile:  530.759.0800

**Attorney for Defendant**
BEHROOZ BADIE

**FILED**

SEP 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>BEHROOZ BADIE,<br><br>         Defendant. | No.: CR-S 08-0474 EJG<br><br>**STIPULATION AND**<br>**ORDER TO CONTINUE SENTENCING**<br><br>C/EJG |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Philip A. Ferrari, Assistant United States Attorney, and Defendant, BEHROOZ BADIE, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for October 5, 2012 at 9:00 a.m., be rescheduled to October 26, 2012, at 9:00 a.m.

The Presentence Report has been filed with the Court. Pursuant to this stipulation, Motion to Correct the Presentence Report shall be due on October 12, 2012, and Opposition/Reply to said motion shall be due on October 19, 2012.

1  The parties are entering into this Stipulation to provide Badie's counsel additional
2  time to research issues related to the correct amount of loss applicable to this case and to
3  prepare a Sentencing Memorandum.

4  Dated: September 24, 2012                Respectfully submitted,

5                                           WISEMAN LAW GROUP, P.C.

6                                           By:    /s/ Joseph J. Wiseman

7                                           JOSEPH J. WISEMAN
                                            Attorney for Defendant
8                                           Behrooz Badie

9  Dated: September 24, 2012                BENJAMIN B. WAGNER
10                                          United States Attorney

11                                          By: /s/ Philip A. Ferrari
12                                          PHILIP A FERRARI
                                            Assistant U.S. Attorney
13

14                                        **ORDER**

15     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the
16  sentencing of Defendant BEHROOZ BADIE in the above-captioned case shall be continued
17
18  to October 26, 2012 at 9:00 a.m.  The Defendant's Motion to Correct the Presentence
19  Report shall be due on October 12, 2012, and Opposition/Reply to said motion shall be due
20  on October 19, 2012.  Any sentencing memoranda are due on October 19th, 2012.

21  Dated: Sept 25, 2012

22
23                                          _____
                                            EDWARD J. GARCIA
24                                          UNITED STATES DISTRICT JUDGE

    The motion for new
25  trial has also been
26  reset to October 26, 2012

27
28

---

Stipulation and Proposed Order                              CR-S 08-0474-EJG
To Continue Sentencing

2