JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P. C.
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone: 530.759.0700
Facsimile:   530.759.0800

**Attorney for Defendant**
BEHROOZ BADIE



FILED
OCT 15 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR-S 08-0474 EJG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |
| vs. | As modified on p. 2. |
| BEHROOZ BADIE, | |
| Defendant. | C/EJG |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Philip A. Ferrari, Assistant United States Attorney, and Defendant, BEHROOZ BADIE, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for November 26, 2012 at 10:00 a.m., be rescheduled to November 30, 2012, at 10:00 a.m.

The Presentence Report has been filed with the Court. Pursuant to this stipulation, Motion to Correct the Presentence Report shall be due on November 16, 2012, and Opposition/Reply to said motion shall be due on November 23, 2012.

---

Stipulation and Proposed Order
To Continue Sentencing

CR-S 08-0474-EJG

The parties are entering into this Stipulation to accommodate Badie's counsel's current trial schedule, and provide counsel with additional time to research issues related to the correct amount of loss applicable to this case. As further support for entering into this Stipulation, the parties believe that it would promote judicial economy to have Badie sentenced on the same date as the Restitution Hearing for Defendant Dino Rosetti, which is now scheduled for November 30, 2012.

Dated: October 12, 2012                     Respectfully submitted,

                                            WISEMAN LAW GROUP, P.C.

                                            By:    /s/ Joseph J. Wiseman

                                            JOSEPH J. WISEMAN
                                            Attorney for Defendant
                                            Behrooz Badie

Dated: October 12, 2012                     BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Philip A. Ferrari
                                            PHILIP A FERRARI
                                            Assistant U.S. Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of Defendant BEHROOZ BADIE in the above-captioned case shall be continued to November 30, 2012 at 10:00 a.m. The Defendant's Motion to Correct the Presentence Report and Sentencing Memorandum shall be due on November 16, 2012, and any Opposition/Reply to said motion shall be due on November 23, 2012.

Dated: Oct 15, 2012  The motion for new trial is also reset to be heard on november 30, 2012

                                            EDWARD J. GARCIA
                                            UNITED STATES DISTRICT JUDGE