1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  428 J St., Suite 350
3  Sacramento, CA 95814
   (916) 443-7141
4
5  Attorney for defendant,
   Behrooz Badie
6

7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   No. CR S-08-00474 WBS
                                        )
12            Plaintiff,                )
                                        )   STIPULATION AND ORDER
13                                      )   EXONERATING BOND
                                        )
14       v.                             )
                                        )
15 BEHROOZ BADIE,                       )
                                        )
16            Defendant.                )
                                        )
17 _____)

18       On September 9, 2009, the court ordered that defendant be released on a $75,000

19 appearance bond secured by a deed of trust. Deed of trust number 20090921 0951 from Bahram

20 Badie was received by the court on October 5, 2009. (Docket Entry #73)

21
         The defendant was convicted after a jury trial and on November 30, 2012, Behrooz Badie
22
23 was sentenced to serve 70 months in the Bureau of Prisons.

24       In light of the defendant's sentence it is hereby stipulated that this Court direct the Clerk

25 of the Court to reconvey title forthwith

26

27

28                                          1

1    DATED: May 13, 2013          /s/ Timothy E. Warriner, Attorney for Defendant,
                                  Behrooz Badie
2

3
     DATED: May 13, 2013          /s/ Todd D. Leras, Assistant U.S. Attorney for
4                                 The government

5    IT IS SO ORDERED

6

7    Dated: May 14, 2013

8                                 _____
                                  CAROLYN K. DELANEY
9                                 UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                            2