PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. FERRARI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 08-0474 WBS KJN |
|---|---|
| Respondent, | ORDER RE GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME |
| v. | |
| BEHROOZ BADIE, | |
| Movant. | COURT: Hon. Kendall J. Newman |

The government's request for an extension of time to file its response to movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is GRANTED. The government's response is due November 28, 2016.

Dated: September 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order re Request for Extension of Time